THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEATO OZUNA, Appellant.

Submitted July 10, 2006; decided August 29, 2006

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRIEN WILLIAMS, Appellant.

Submitted July 17, 2006; decided August 29, 2006

Motion for assignment of counsel granted and David C. Schopp, Esq., Legal Aid Bureau of Buffalo, Inc., 237 Main Street—Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.

In the Matter of PROFESSIONAL STAFF CONGRESS-CITY UNIVERSITY OF NEW YORK, Respondent, v NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD et al., Appellants.

Submitted July 17, 2006; decided August 29, 2006

Motion by City of New York for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within five days.